IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR237 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING DEFENDANT** |
| v. | ) | **FROM CUSTODY** |
| | ) | |
| BRAULIO LARA, | ) | |
| Defendant. | ) | |

Defendant, Braulio Lara, has notified the Court that a bed is available at Nova Treatment Community Center in Omaha, Nebraska. The Court has learned that an admission time has been made for the Defendant on April 15, 2019.

IT IS NOW ORDERED that at 9:30 a.m. on Monday, April 15, 2019, Defendant shall be released from the U.S. Marshall's custody. Defendant shall be transported by the U.S. Marshall from the Hall County Department of Corrections located at 110 Public Safety Dr., Grand Island, NE to the Roman L. Hruska U.S. Courthouse in Omaha, NE on April 15, 2019 at or around 9:00 a.m. The Defendant shall then be released to Attorney for Defendant, Hugh Reefe, who shall transport Defendant directly to the Nova Treatment Center, 8502 Mormon Bridge Road Omaha, NE 68152 for arrival and admission on April 15, 2019 at 10:00 a.m. Defendant shall reside in and comply with all rules and regulations of the NOVA TC program for the duration to be determined by the NOVA TC and U.S. Probation. Defendant remains subject to existing conditions of his supervised release.

If Defendant leaves or attempts to leave the NOVA TC before the earlier than his having received permission to leave from the U.S. Probation Office and the Court or fails to adhere to any required treatment or counseling regimen, the Court shall be notified and a warrant will be issued.

DATED this 12th day of April 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge